IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM WILSON, | No. 4:20-CV-00682 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| BRADLEY BOOHER, *et al.*, | |
| Defendants. | |

**ORDER**

**SEPTEMBER 15, 2021**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' partial motion to dismiss[1] is **GRANTED**, in part and **DENIED**, in part, as follow:

    a. Defendants' partial motion to dismiss Defendants Booher, Klinefelter, Rossman, Grice, and Foster is **GRANTED**.

    b. The Clerk of Court is **DIRECTED** to terminate Defendants Booher, Klinefelter, Rossman, Grice, and Foster from the above captioned action.

---

[1] Doc. 22.

   c. Defendants' partial motion to dismiss Defendant Director Erin Brown is **DENIED**.

2. Remaining Defendants shall **FILE** an answer or appropriate pretrial motion on or before October 6, 2021.

3. On or before October 13, 2021, the parties shall **FILE** a letter notifying the Court of their willingness to participate in mediation.

4. Plaintiff's motion to compel[2] and motion for injunctive relief[3] are **DISMISSED** for failure to timely file a supporting brief, as is required by M.D. Pa. Local Rule 7.5.

             BY THE COURT:

             *s/ Matthew W. Brann*
             Matthew W. Brann
             Chief United States District Judge

---

[2] Doc. 28.
[3] Doc. 29.