IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM WILSON, | No. 4:20-CV-00682 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| LT. KAUFFMAN, LT. WIAN, and ERIN BROWN, | |
| Defendants. | |

**ORDER**

**FEBRUARY 8, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion for summary judgment[1] is **GRANTED**, in part and **DENIED**, in part, as follows:

    a. The motion is **GRANTED** with respect to all claims against Defendant Brown for lack of personal involvement.

    b. The motion is **DENIED** with respect to Plaintiff's Section 1983 Eighth Amendment failure to protect claim against Defendants Wain and Kauffman.

2. Entry of judgment in accordance with the above paragraph is **DEFERRED** pending disposition of the remaining claim in this case.

3. Within thirty days of the date of this Order, the parties shall file a joint status report informing the Court whether they are amenable to having

---

[1] Doc. 49.

       this case referred to the Court's Prisoner Litigation Settlement Program.

4.     Scheduling of trial and all pretrial deadlines shall be deferred pending the filing of the aforementioned joint status report.

                                     BY THE COURT:

                                     *s/ Matthew W. Brann*
                                     Matthew W. Brann
                                     Chief United States District Judge